UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MICHAEL BULLOCK,

*Plaintiff*,

v.

HANA INDUSTRIES, INC., *et al.*,

*Defendants.*

No. 22-cv-2608 (DLF)

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that the Security, Police, and Fire Professionals of America's Amended Motion to Dismiss, Dkt. 49, is **GRANTED**. It is further

**ORDERED** that the plaintiff's claims against the Security, Police, and Fire Professionals of America are **DISMISSED** without prejudice. It is further

**ORDERED** that the remaining defendants' Motions to Dismiss, Dkts. 48, 50, are **GRANTED IN PART** and **DENIED IN PART** without prejudice. It is further

**ORDERED** that service against the remaining defendants is **QUASHED**. It is further

**ORDERED** that, within thirty (30) days of this order, the plaintiff shall serve the remaining defendants in conformity with the Federal Rules of Civil Procedure or seek an extension of time to do so. Otherwise, the Court will dismiss this action without prejudice. It is further

**ORDERED** that the plaintiff's Motion for Summary Judgment, Dkt. 52, is **DENIED**.

**SO ORDERED.**

February 14, 2024

DABNEY L. FRIEDRICH
United States District Judge