# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL BULLOCK, *Plaintiff*, v. HANA SECURITY SERVICES, *et al.*, *Defendants*. | No. 22-cv-2608 (DLF) |

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is

**ORDERED** that the Motion to Dismiss under Rule 12(b)(6) for failure to state a claim, Dkt. 90, is **GRANTED IN PART** and **DENIED IN PART**. Specifically, the motion is granted as to Bullock's intentional infliction of emotional distress claim against all defendants and as to his Title VII claim against Sam Estes and Ronald Best. The motion is denied as to his Title VII claim against Hana Security Services and defamation claim against all defendants. It is further

**ORDERED** that the defendant Ronald Best's Motion to Dismiss for insufficient service of process under Rule 12(b)(5), Dkt. 90, is **GRANTED**. Ronald Best shall be dismissed from this case. It is further

**ORDERED** that the remaining Hana defendants shall file their answer on or before January 24, 2025.

_____
DABNEY L. FRIEDRICH
United States District Judge

January 10, 2025